# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**RANDALL LAMONT ROLLE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No. 4:17cv134-MW/CAS**

**EMILY GLENN, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No 1, is **DISMISSED** for failure to state a claim upon which relief may be granted, as an abuse of the judicial process, and pursuant to the *Younger* abstention doctrine." The Clerk shall close the file.

**SO ORDERED on April 28, 2017.**

                                              **s/Mark E. Walker　　　　　**
                                              **United States District Judge**